UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                                                          Case No. 13−81537
                                                                                               Chapter 13
David Allen Germick, Sr. and Sarah Ann Germick

    Debtors

# ORDER

This case is before the court on the following matter:

*26* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation to Surrender Collateral, to Make Provisions for the State of Alabama, and to Adjust SMPs filed by Charles M. Ingrum Jr. on behalf of David Allen Germick Sr., Sarah Ann Germick. Responses due by 02/18/2014. (Attachments: # 1 Amended Plan) (Ingrum, Charles)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

    Done this 19th day of February, 2014.

                                                        /s/ Honorable William R. Sawyer
                                                        United States Bankruptcy Judge